UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | 3:07-CV-0605-BES (RAM) |
| ) | |
| Plaintiff, ) | <u>MINUTES OF THE COURT</u> |
| ) | |
| vs. ) | March 4, 2008 |
| ) | |
| PAMELA CHIN, as Special Administrator ) | |
| for KWOK WING MUI, DOYLE ) | |
| ANDREWS, ELDORADO RESORTS, ) | |
| LLC, CARL REINHARD, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

   Plaintiff has filed an Ex Parte Motion to Enlarge Time for Service (Doc. #15).

   Good cause appearing, Plaintiff's Ex Parte Motion to Enlarge Time for Service (Doc. #15) is <u>GRANTED</u> to the extent that Plaintiff shall have to and including May 5, 2008, to effect service of process upon Defendant Chin at her last known address.

   IT IS SO ORDERED.

                                                                LANCE S. WILSON, CLERK
                                                                By:_____/s/_____
                                                                       Deputy Clerk